IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KAREN BROWER**                                                    **PLAINTIFF**

v.                 Case No. 3:10-cv-309-DPM

**RANDOLPH COUNTY NURSING HOME;
PAULA SWIFT, individually and in her official
capacity; and JENNIFER KACZMARSKI,
individually and in her official capacity**             **DEFENDANTS**

## JUDGMENT

Brower's amended complaint, *Document No. 11*, is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 August 2011